1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROGER WALTON,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendant.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Counter-Claimant,<br><br>vs.<br><br>ROGER WALTON,<br><br>    Counter-Respondent. | CASE NO. CV11-04676-AHM (SPx)<br><br>**ORDER RE CONSENT PROTECTIVE ORDER**<br><br>Complaint Filed: June 1, 2011<br>MSJ Date: May 21, 2012 |

1

**[PROPOSED] CONSENT PROTECTIVE ORDER**

1  Good cause appearing, and pursuant to the stipulation of the parties, the parties
2  Consent Protective Order is GRANTED.
3
4  **IT IS SO ORDERED.**
5
6  DATED: April 23, 2012              _____/s/_____
                                       Hon. Sheri Pym
7                                      U.S. Magistrate Court Judge

**[PROPOSED] CONSENT PROTECTIVE ORDER**