UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROGER WALTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendant.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>ROGER WALTON,<br><br>　　　　　Counter-Respondent. | CASE NO. CV11-04676-AHM (SPx)<br><br>**ORDER RE CONSENT PROTECTIVE ORDER**<br><br>Complaint Filed:  June 1, 2011<br>MSJ Date:  May 21, 2012 |

1
**[PROPOSED] CONSENT PROTECTIVE ORDER**

1 | Good cause appearing, and pursuant to the stipulation of the parties, the parties
2 | Consent Protective Order is GRANTED.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | DATED: April 23, 2012                              _____/s/_____
                                                       Hon. Sheri Pym
7 |                                                    U.S. Magistrate Court Judge