JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALTON,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS CORPORATION LONG-TERM DISABILITY PLAN,<br><br>    Defendant(s).<br><br>AND COUNTER-ACTION | CASE NO. CV11-4676-AHM (SPx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 22, 2012

A. HOWARD MATZ
United States District Judge

**JS-6**