O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-04676 AHM (SPx) | Date | October 23, 2012 |
|---|---|---|---|
| Title | ROGER WALTON v. FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The parties have submitted an updated status report regarding settlement. No status conference is necessary. The parties are ordered to file a final notice of settlement by October 30, 2012. If the settlement is not consummated by that date, the parties have until November 5, 2012 to request that a status conference be scheduled to reopen the case.

                                                                           :

Initials of Preparer     SMO