UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WALTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. CV11-04676-AHM (SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| FEDERAL EXPRESS CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Counter-Claimant,<br><br>　vs.<br><br>ROGER WALTON,<br><br>　　　　Counter-Respondent. | Complaint Filed: June 1, 2011 |

1
**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   |     |
| 3   | The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney fees and costs, this matter is hereby dismissed with prejudice. |
| 4   |     |
| 5   |     |
| 6   | **IT IS SO ORDERED.** |
| 7   |     |
| 8   | DATED: November 7, 2012    _____ |
| 9   | Hon. A. Howard Matz<br>U.S. District Court Judge |